Entered: July 14, 2020
Signed:  July 14, 2020

**SO ORDERED**



_____
**THOMAS J. CATLIOTA**
**U.S. BANKRUPTCY JUDGE**

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF MARYLAND
### at Greenbelt

**In re:  Case No.:  20–10873 – TJC      Chapter:  7**

In Re: Debtor (names used by the debtor in the last 8 years, including married, maiden, trade, and address):

Donna A Litman
*debtor has no known aliases*
18111 Marksman Cir
Apt 302
Olney, MD 20832–3408

Social Security No.:   xxx–xx–2823

Employer's Tax I.D. No.:

# FINAL DECREE

Petition for Relief under Chapter 7 of Title 11, U.S. Code was filed by or against the above–named debtor on 1/22/20.

The estate of the above–named debtor has been fully administered.

ORDERED, that Gary A. Rosen is discharged as trustee of the estate of the above–named debtor; and the Chapter 7 case of the above named debtor is closed.

**End of Order**

**fnldec** – *akaniowski*